**Randy Earl PHILLIPS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42428.**

Missouri Court of Appeals,
Western District.

July 3, 1990.

Ellen H. Flottman, Columbia, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and
LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM:

Appeal from denial of Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

Affirmed.   Rule 84.16(b).

■

**Charles M. STUTTS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42272.**

Missouri Court of Appeals,
Western District.

July 3, 1990.

Lew Kollias, Columbia, for appellant.

William L. Webster, Atty. Gen., M. Melissa Manda, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and CLARK and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief.

Judgment affirmed.   Rule 84.16(b).